# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES EDWARD SCOTT, III,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>MIKE W. HENLEY, *et al.*,<br><br>　　　　　　　　　　Defendants. | Case No. 3:23-cv-00259-MMD-CSD<br><br>**ORDER RE: SERVICE OF PROCESS** |

The Office of the Attorney General did not accept service of process on behalf of Defendant **Fernandeis Frazier,** who is no longer an employee of the Nevada Department of Corrections. (ECF No. 15.) However, the Attorney General has filed the last known address of this Defendant under seal. (ECF No. 16.)

The Clerk shall ISSUE a summons for **Fernandeis Frazier** and send the same to the U.S. Marshal with the address provided under seal. (ECF No. 16.) The Clerk shall also SEND sufficient copies of the Complaint, (ECF No. 9), the screening order, (ECF No. 8), and this order to the U.S. Marshal for service on Defendant Frazier. The court will separately provide to the U.S. Marshal a completed USM 285 form for the Defendant.

Plaintiff is reminded that **June 2, 2024**, is the deadline to complete service of process pursuant to Fed. R. Civ. P. 4(m).

**IT IS SO ORDERED.**

DATED: March 26, 2024.

_____
UNITED STATES MAGISTRATE JUDGE